UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                                        *

    SHARLENE MALIK                              *          Case No. 19-22848-MMH

    ZESHAN MALIK                                *          Chapter 13

        Debtors                                     *

*     *     *     *     *     *     *

**COMBINED NOTICE OF CONTINUANCE OF 341 MEETING OF CREDITORS AND
NOTICE OF CONTINUED CONFIRMATION HEARING**

    The Trustee has conducted an initial first meeting of creditors and is "Continuing" or Holding Open" per approval by the Chapter 13 Trustee, Robert S. Thomas, II.  The Section 341 Meeting of Creditors has been continued to **December 13, 2019 at 12:00 PM** and the Confirmation Hearing set in this matter has been continued to **January 22, 2020 at 2:00 PM**.

    The Meeting of Creditors will be held at the Office of the United States Trustee at **101 West Lombard Street, Garmatz Courthouse, Second Floor Room 2650**, Baltimore, Maryland 21201.

    The Confirmation Hearing will be held at the United States Courthouse at **101 West Lombard Street, Garmatz Courthouse, Courtroom 9-C,** Baltimore, Maryland 21201.

PLEASE BE ADVISED THAT YOU ARE REQUESTED TO SERVE THIS NOTICE TO ALL CREDITORS AND OTHER PARTIES IN INTEREST LISTED ON THE MAILING MATRIX FILED WITH THE COURT.  ALSO, A CERTIFICATE OF MAILING OF THIS NOTICE MUST BE FILED WITH THE UNITED STATES BANKRUPTCY COURT WITHIN TEN (10) DAYS OF THE DATE OF THIS NOTICE OR THE MEETING WILL NOT BE CONDUCTED.

Date:    November 26, 2019                                   /s/  Robert S. Thomas, II
                                                                                                                    Robert S. Thomas, II, Trustee
                                                                                                                    Chapter 13 Trustee
                                                                                                                    300 E. Joppa Road, Suite #409
                                                                                                                    Towson, MD 21286
                                                                                                                    (410) 825-5923
                                                                                                                    inquiries@ch13balt.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on, November 26, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Continuance will be served electronically by the Court's CM/ECF system on the following:

    Kim D. Parker kp@kimparkerlaw.com, dcn@kimparkerlaw.com,ecf_notices@kimparkerlaw.com,

    lawclerk@kimparkerlaw.com

    I hereby certify that on, November 26, 2019, a copy of the Notice of Continuance was also mailed first class mail, postage prepaid to:

    SHARLENE and ZESHAN MALIK
    3838 TWIN LAKES COURT
    WINDSOR MILL, MD 21244

                                                                                                      /s/  Robert S. Thomas, II
                                                                                                      Robert S. Thomas, II, Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND (BALTIMORE)

In re:

Sharlene + Zeshan Malik

Debtor(s)

Case No. 19-22848-MMH

Chapter 13

## TRUSTEE'S PROCEEDING MEMO

341 Meeting Date: 11/21/2019

[X] Debtor attended and was examined as to income, the filing of tax returns, assets and liabilities.

[ ] The First Meeting of Creditors has been concluded. Hold open to verify Mrs. social security number

[ ] Creditor appeared.

[ ] The First Meeting of Creditors has been continued to ___/___/_____ at _____ a.m./p.m.

[ ] Debtor [ ] Attorney - failed to attend today's meeting.

   [ ] Meeting to be rescheduled or [ ] Motion to Dismiss to be filed.

[ ] Debtor and counsel must resolve in a timely manner the issues noted below:

_____ Chapter 13 Payment                    _____ Amended Schedules

✓ Tax Returns 2018                            _____ Paystubs/Proof of Income

_____ Financial Statements                  _____ Market Analysis

✓ Amended Plan to be filed                    _____ Bank Statements

_____ To allow the Trustee to review,       _____ Motion to Determine Value/Avoid Lien
Items must be filed by ___/___/_____                 to be filed

_____ Schedules must be amended for: _____

✓ Plan must be amended for: HoA, tax refunds

Date: 11/21/19

/s/ Robert S. Thomas, II
**Robert S. Thomas, II, Chapter 13 Trustee**
300 E. Joppa Road, Suite #409
Towson, MD 21286
410-825-5923
Inquiries@ch13balt.com

[Rev. 2/17]